AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

United States of America
v.
Matthew Valentin

*Defendant*

)
)
)  Case: 1:24-mj-00054
)  Assigned To : Harvey, G. Michael
)  Assign. Date : 2/9/2024
)  Description: Complaint W/ Arrest Warrant
)

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Matthew Valentin

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☒ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(F) - Act of Physical Violence in the Capitol Buildings or Grounds;
18 U.S.C. 111(a)(1) - Assaulting, Resisting, or Impeding Certain Officers;
18 U.S.C. 231(a)(3) - Civil Disorder.

Date: 02/09/2024

Digitally signed by G. Michael Harvey
Date: 2024.02.09 11:55:12 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.

G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 02/09/24, and the person was arrested on *(date)* 02/12/24
at *(city and state)* WILKES-BARRE PA

Date: 02/12/24

JFO [signature] TEMARANTZ
*Arresting officer's signature*

JFO ERIC TEMARANTZ,
*Printed name and title*